# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN MOITOSO, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>FMR LLC, *et al.*,<br><br>    Defendants. | 1:18-CV-12122-WGY |

## JOINT MOTION FOR LEAVE TO CONDUCT ONE EXPERT DEPOSITION OUTSIDE EXPERT DISCOVERY DEADLINE

Pursuant to Local Rule 7.1(b)(3), Defendants FMR LLC, the FMR LLC Funded Benefits Investment Committee, the FMR LLC Retirement Committee, Fidelity Management & Research Company, FMR Co., Inc., and Fidelity Investments Institutional Operations Company, Inc., ("Defendants") and Plaintiffs Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt ("Plaintiffs"), respectfully move for leave to conduct the deposition of one of Plaintiffs' expert witnesses after the expert discovery cut-off.  The witness in question is not available to be deposed prior to the August 9, 2019, discovery cutoff due to a medical restriction.  The parties have mutually agreed to a deposition date of August 27, 2019.

Movants respectfully submit that this limited extension of the discovery deadline as to one expert witness will not interfere with or delay any other case deadlines.

Dated: July 24, 2019    Respectfully submitted,

**GOODWIN PROCTER LLP**

 /s/ Alison V. Douglass
Alison V. Douglass (BBO # 646861)
John J. Falvey, Jr. (BBO #542674)
100 Northern Avenue
Boston, Massachusetts 02210
(617) 570-1000
adouglass@goodwinlaw.com
jfalvey@goodwinlaw.com

*Attorneys for Defendants*

**NICHOLS KASTER, P LLP**

 /s/ Kai Richter
Kai Richter (*admitted pro hac*)
Paul J. Lukas (admitted pro hac)
Brock J. Specht (admitted pro hac)
Carl F. Engstrom (admitted pro hac)
Jacob T. Schutz (admitted pro hac)
Mark E. Thomson (admitted pro hac)
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
(612) 256-3200
krichter@nka.com
lukas@nka.com
bspecht@nka.com
cengstrom@nka.com
jschutz@nka.com
mthomson@nka.com

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO#688074)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jason@blockesq.com
jacob@blockesq.com

*Attorneys for Plaintiffs*

ACTIVE/100341144.1

## LOCAL RULE 7.1.(a)(2) CERTIFICATE

I, Alison V. Douglass, hereby certify that counsel for the parties have conferred in good faith regarding the issues presented by the foregoing motion, and the parties jointly seek the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

s/ Alison V. Douglass