# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt, individually and as representatives of a class of similarly situated persons, and on behalf of the Fidelity Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>FMR LLC, the FMR LLC Funded Benefits Investment Committee, the FMR LLC Retirement Committee, Fidelity Management & Research Company, FMR Co., Inc., and Fidelity Investments Institutional Operations Company, Inc.,<br><br>Defendants. | Case No. 1:18-cv-12122-WGY |

## JOINT WAIVER OF USE OF ADVISORY JURY

In light of the Court having ruled on breach of duty issues in its ruling dated March 27, 2020, the nature and scope of the remaining issues to be tried, and considerations relating to COVID-19, Plaintiffs Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt ("Plaintiffs") and Defendants FMR LLC, the FMR LLC Funded Benefits Investment Committee, the FMR LLC Retirement Committee, Fidelity Management & Research Company, FMR Co., Inc., and Fidelity Investments Institutional Operations Company, Inc. ("Defendants"), by and through their attorneys, hereby jointly waive any right or entitlement to, and any request for the empanelment of, an advisory jury under the Court's Order dated October 8, 2019 (ECF No. 173), and stipulate and agree that it is the parties' joint view that a bench trial of this matter would be advisable without empaneling an advisory jury.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: April 30, 2020 | **NICHOLS KASTER, PLLP** |
|  | s/Kai Richter<br>Kai Richter (admitted *pro hac vice*)<br>Paul J. Lukas (admitted *pro hac vice)*<br>James H. Kaster (admitted *pro hac vice*)<br>Brock J. Specht (admitted *pro hac vice*)<br>Carl F. Engstrom (admitted *pro hac vice*)<br>Jacob T. Schutz (admitted *pro hac vice*)<br>Mark E. Thomson (admitted *pro hac vice*)<br>Grace I. Chanin (admitted *pro hac vice*)<br>NICHOLS KASTER, PLLP<br>4600 IDS Center<br>80 S. 8th Street<br>Minneapolis, Minnesota 55402<br>(612) 256-3200<br>krichter@nka.com<br>lukas@nka.com<br>kaster@nka.com<br>bspecht@nka.com<br>cengstrom@nka.com<br>jschutz@nka.com<br>mthomson@nka.com<br>gchanin@nka.com |
|  | Jason M. Leviton (BBO #678331)<br>Jacob A. Walker (BBO #688074)<br>BLOCK & LEVITON LLP<br>260 Franklin Street, Suite 1860<br>Boston, Massachusetts 02110<br>(617) 398-5600<br>jason@blockesq.com<br>jacob@blockesq.com |
|  | ATTORNEYS FOR PLAINTIFFS |
| Dated: April 30, 2020 | **GOODWIN PROCTER LLP**<br><br>s/John J. Falvey, Jr.<br>John J. Falvey, Jr. (BBO #542674)<br>Alison V. Douglass (BBO #646861)<br>David Rosenberg (BBO #679434)<br>Benjamin S. Reilly (BBO #693742) |

2

GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
(617) 570-1000
jfalvey@goodwinlaw.com
adouglass@goodwinlaw.com
drosenberg@goodwinlaw.com
breilly@goodwinlaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: April 30, 2020                    s/ Kai Richter
                                         Kai Richter