**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt, individually and as representatives of a class of similarly situated persons, and on behalf of the Fidelity Retirement Savings Plan,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>FMR LLC, the FMR LLC Funded Benefits Investment Committee, the FMR LLC Retirement Committee, Fidelity Management & Research Company, FMR Co., Inc., and Fidelity Investments Institutional Operations Company, Inc.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:18-cv-12122-WGY<br><br>**PLAINTIFFS' *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Kevin Moitoso, Tim Lewis, Mary Lee Torline and Sheryl Arndt ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Notices of Settlement and authorize distribution of the Notices to the Class; (3) schedule a final approval hearing; and (4) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Kai Richter and exhibits attached thereto (including the Settlement Agreement attached as Exhibit A), the Declarations of Kevin Moitoso, Tim Lewis, Mary Lee Torline and Sheryl Arndt, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement.

Respectfully Submitted,

Dated: July 2, 2020

**NICHOLS KASTER, PLLP**

s/Kai Richter
Paul J. Lukas (admitted *pro hac vice)*
Kai Richter (admitted *pro hac vice*)
James H. Kaster (admitted *pro hac vice*)
Brock J. Specht (admitted *pro hac vice*)
Carl F. Engstrom (admitted *pro hac vice*)
Mark E. Thomson (admitted *pro hac vice*)
Grace I. Chanin (admitted *pro hac vice*)
NICHOLS KASTER, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
krichter@nka.com
kaster@nka.com
bspecht@nka.com
cengstrom@nka.com
mthomson@nka.com
gchanin@nka.com

Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600
jason@blockesq.com
jacob@blockesq.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: July 2, 2020

s/Kai Richter
Kai Richter