**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt, individually and as representatives of a class of similarly situated persons, and on behalf of the Fidelity Retirement Savings Plan, <br><br> Plaintiffs, <br> v. <br><br> FMR LLC, the FMR LLC Funded Benefits Investment Committee, the FMR LLC Retirement Committee, Fidelity Management & Research Company, FMR Co., Inc., and Fidelity Investments Institutional Operations Company, Inc., <br><br> Defendants. | Case No. 1:18-cv-12122-WGY <br><br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

This matter came before the Court on a Fairness Hearing on January 12, 2021. During the Fairness hearing, the Court considered, among other things, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Awards. This motion is unopposed by Defendants.

Having considered the motion papers, the proposed Settlement Agreement which the Court preliminarily approved on July 9, 2020 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

**It is hereby ORDERED as follows:**

1.      Class Counsel's request for an award of $9,002,127.67 in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount of fees (one-third of the $28.5 million settlement fund, net of expenses) to be reasonable and appropriate.

1

2

2. Class Counsel's request for litigation expenses in the amount of $1,378,437.13 and settlement administration expenses in the amount of $115,302 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Plaintiffs' request for class representative service awards in the amount of $10,000 each ($40,000 total) to Plaintiffs Kevin Moitoso, Tim Lewis, Mary Lee Torline, and Sheryl Arndt is approved. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

  **IT IS SO ORDERED.**

Dated:  February 26, 2021      /s/ William G. Young

                  Hon. William G. Young
                  United States District Judge